IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PROGRESSIVE GULF INSURANCE COMPANY**                                **PLAINTIFF**

VS.                                            CIVIL ACTION NO. 5:12cv109 DCB-JMR

**ESTATE OF GEORGE L. JONES;**
**THREE RIVERS TRANSIT; C&W**
**HOMES, INC.; INFANT DAUGHTER OF**
**PARIS BUCKNER, BY AND THROUGH**
**GRACIE AND SONNY WILLIAMS;**
**ESTATE AND/OR HEIRS OF PARIS BUCKNER;**
**ESTATE AND/OR HEIRS OF MARGARET**
**BUCKNER; AND JOHN/JANE DOES 1-10**                         **DEFENDANTS**

## ORDER ON MOTION TO EXTEND DEADLINES

THIS MATTER came before the Court upon the Plaintiff, Progressive Gulf Insurance Company, and the Defendants, infant daughter of Paris Buckner, by and through Gracie and Sonny Williams, and the estate and/or heirs of Paris Buckner's Motion to Extend Deadlines. The Court finds that said motion is well taken and should be granted.

IT IS HEREBY ORDERED AND ADJUDGED that the Defendants, infant daughter of Paris Buckner, by and through Gracie and Sonny Williams, and the estate and/or heirs of Paris Buckner, are granted five (5) days to amend their Response to the Motion for Summary Judgment [Doc. No. 16.] after the depositions and discovery are completed in this matter, and that the Plaintiff, Progressive Gulf Insurance Company is granted five (5) days after the Defendants amend their Response to reply to the Defendants' Response to Plaintiff's Motion for Summary Judgment.

SO ORDERED, this the  4th   day of February, 2013.

  s/David Bramlette
DISTRICT COURT JUDGE

Prepared by:

C. Maison Heidelberg, MB#9559
HEIDELBERG HARMON PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
601.351.3335. Tel
601.956.2090. fax
mheidelberg@heidelbergharmon.com